AO 245B    (Rev. 09/11) Judgment in a Criminal Case
           Sheet 1

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

# UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

SEP 10 2014
JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

| UNITED STATES OF AMERICA | ) | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|---|
| v. | ) | |
| DEXITER JENNINGS | ) | Case Number: 4:12CR00126-01 JLH |
| | ) | USM Number: 27809-009 |
| | ) | Steven R. Davis |
| | ) | Defendant's Attorney |

**THE DEFENDANT:**

X pleaded guilty to count(s)    Count 1 of Indictment

☐ pleaded nolo contendere to count(s) _____
    which was accepted by the court.

☐ was found guilty on count(s) _____
    after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 U.S.C. § 1349 | Conspiracy to commit wire fraud, a Class C felony | 5/24/2011 | 1 |

    The defendant is sentenced as provided in pages 2 through __6__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____

☐ Count(s)   N/A   ☐ is   ☐ are   dismissed on the motion of the United States.

    It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

September 10, 2014
Date of Imposition of Judgment

_____
Signature of Judge

**J. LEON HOLMES, UNITED STATES DISTRICT JUDGE**
Name and Title of Judge

September 10, 2014
Date

AO 245B (Rev. 09/11) Judgment in Criminal Case
Sheet 2 — Imprisonment

Judgment — Page 2 of 6

**DEFENDANT:** DEXITER JENNINGS
**CASE NUMBER:** 4:12CR00126-01 JLH

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

## TIME SERVED

☐ The court makes the following recommendations to the Bureau of Prisons:

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

☐ at _____ ☐ a.m. ☐ p.m. on _____ .

☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☐ before 2 p.m. on _____ .

☐ as notified by the United States Marshal.

☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

a _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

AO 245B (Rev. 09/11) Judgment in a Criminal Case
Sheet 3 — Supervised Release

Judgment—Page 3 of 6

DEFENDANT: DEXITER JENNINGS
CASE NUMBER: 4:12CR00126-01 JLH

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of :

## THREE (3) YEARS

The defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

☐ The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse. *(Check, if applicable.)*

X The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon. *(Check, if applicable.)*

X The defendant shall cooperate in the collection of DNA as directed by the probation officer. *(Check, if applicable.)*

☐ The defendant shall comply with the requirements of the Sex Offender Registration and Notification Act (42 U.S.C. § 16901, *et seq.*) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in which he or she resides, works, is a student, or was convicted of a qualifying offense. *(Check, if applicable.)*

☐ The defendant shall participate in an approved program for domestic violence. *(Check, if applicable.)*

If this judgment imposes a fine or restitution, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;
2) the defendant shall report to the probation officer in a manner and frequency directed by the court or probation officer;
3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4) the defendant shall support his or her dependents and meet other family responsibilities;
5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;
6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;
7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court; and
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

AO 245B (Rev. 09/11) Judgment in a Criminal Case
Sheet 3A — Supervised Release

Judgment—Page 4 of 6

DEFENDANT: DEXITER JENNINGS
CASE NUMBER: 4:12CR00126-01 JLH

# ADDITIONAL SUPERVISED RELEASE TERMS

14) The defendant must participate in a mental health program approved by the probation office. The defendant must pay for the costs associated based on a co-payment fee established by the probation office.

15) The defendant must disclose financial information upon request of the U.S. Probation Office, including, but not limited to, loans lines of credit, and tax returns. This includes records of any business with which the defendant is associated. No new lines of credit may be established without prior approval of the U.S. Probation Office.

DEFENDANT: DEXITER JENNINGS
CASE NUMBER: 4:12CR00126-01 JLH

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

|        | **Assessment** | **Fine** | **Restitution** |
|--------|---------------|----------|-----------------|
| TOTALS | $ 100.00      | $ 0      | $ 153,970.00 - List Attached |

☐ The determination of restitution is deferred until _____ . An *Amended Judgment in a Criminal Case (AO 245C)* will be entered after such determination.

X  The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| **Name of Payee** | **Total Loss*** | **Restitution Ordered** | **Priority or Percentage** |
|-------------------|-----------------|-------------------------|----------------------------|
| See Attached List |                 | See Attached List       |                            |

| TOTALS | $ _____ | $ 153,970.00 |
|--------|------------|--------------|

☐ Restitution amount ordered pursuant to plea agreement  $ _____

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

X  The court determined that the defendant does not have the ability to pay interest and it is ordered that:

   X  the interest requirement is waived for the    ☐ fine   X restitution.

   ☐  the interest requirement for the   ☐ fine   ☐ restitution is modified as follows:

\* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245B (Rev. 09/11) Judgment in a Criminal Case
Sheet 6 — Schedule of Payments

Judgment — Page __6__ of __6__

DEFENDANT: DEXITER JENNINGS
CASE NUMBER: 4:12CR00126-01 JLH

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties is due as follows:

**A** **X** Lump sum payment of $ __100.00__ due immediately, balance due

    ☐ not later than _____ , or
    ☐ in accordance ☐ C, ☐ D, ☐ E, or ☐ F below; or

**B** ☐ Payment to begin immediately (may be combined with ☐ C, ☐ D, or ☐ F below); or

**C** ☐ Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

**D** ☐ Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after release from imprisonment to a term of supervision; or

**E** ☐ Payment during the term of supervised release will commence within _____ (e.g., 30 or 60 days) after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

**F** **X** Special instructions regarding the payment of criminal monetary penalties:

**During supervised release, payments will be 10 percent per month of the defendant's gross monthly income. The interest requirement is waived.**

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

**X** Joint and Several

    Defendant and Co-Defendant Names and Case Numbers *(including defendant number)*, Total Amount, Joint and Several Amount, and corresponding payee, if appropriate.

    **Restitution will be joint and several with any other person who has been or will be convicted on an offense for which restitution to the same victim on the same loss is ordered.**

☐ The defendant shall pay the cost of prosecution.

☐ The defendant shall pay the following court cost(s):

☐ The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.

## ATTACHMENT TO JUDGMENT & COMMITMENT ORDER

### Jennings Restitution List

| Contact: | | Amount: | Victim: | Address: | City: | State: | ZIP: | Telephone: |
|---|---|---|---|---|---|---|---|---|
| VICTOR CAMPOS | JOINT | $4,750.00 | CAMPOS INSURANCE | 808 S. WEST MAIN | MCALLEN | TX | 78501 | (956) 969-2122 |
| KAMLESH RAY | JOINT | $950.00 | A&J TOBACCO | 7128 HWY. 301 NORTH | HORN LAKE | MS | 38637 | (662) 781-0970 |
| PAUL SINGH | JOINT | $950.00 | MONTEREY GROCERY AND DELI | 1324 MONTEREY RD. | PEARL | MS | 39208 | (601) 932-6620 |
| | JOINT | $950.00 | MOVIE TOWNE | 123 VALLEY VIEW RD. | ROSE BUD | AR | 72137 | (501) 556-4488 |
| LAZARO ACOSTA | JOINT | $3,800.00 | LAZARO ACOSTA | 2345 WEST 52ND ST. | HIALEAH | FL | 33016 | (305) 281-4554 |
| JEN CHANG | JOINT | $1,900.00 | CENTERFIRE | 2689 MISSION ST. | SAN FRANCISCO | CA | 94110 | (415) 695-8861 |
| | JOINT | $1,900.00 | TELFER RESTAURAUNT AND BAKERY | 748 LINDEN BLVD. | BROOKLYN | NY | 11203 | |
| | JOINT | $1,900.00 | KOTOKO INTERNATIONAL FOOD | 281 BURNSIDE AVE. | EAST HARTFORD | CT | 6108 | (860) 282-7744 |
| | JOINT | $8,550.00 | VERMA FUEL | 375 CLINTON AVE. | HEMPSTEAD | NY | 11550 | |
| RAMO LIMIC | JOINT | $950.00 | INTERNATIONAL GROCERY AND MUSIC STORE | 1024 WEBSTER AVE. | UTICA | NY | 13501 | (315) 601-1228 |
| MATEEN ABDUL | | $2,850.00 | AAA CHECKS CASHED #3 | 9836 FOOTHILL BLVD STE 6 | RANCHO CUCAMONGA | CA | | (909) 989-1100 |
| | | $900.00 | ACE CASH EXPRESS #5511 | 4887 KENTUCKY AVE | INDIANAPOLIS | IN | | (317) 856-7654 |
| | | $950.00 | ADAMS CONVENIENT STORE | 120 BLACKSTONE ST | BOSTON | MA | | (617) 720-4344 |
| | | $900.00 | AMIR MARKET | 23 MILL ST | PORT CHESTER | NY | | |
| | | $3,800.00 | ARABIAN BAR | 14380 NW 27TH AVE | OPA LOCKA | FL | 22054 | (305) 685-2631 |
| | | $950.00 | BANDINI MARKET | 2313 S ATLANTIC BLVD | LOS ANGELES | CA | 90040 | (323) 262-8711 |
| BUCK'S INC | | $900.00 | BUCKYS EXPRESS #40 | 4973 DODGE ST. | OMAHA | NE | 68142 | (402) 558-9860 |
| | | $950.00 | CAPUTOS FRESH MARKET | 3115 W 111TH ST | NAPERVILLE | IL | | (630) 579-3300 |
| | | $950.00 | CASH STOP | 1934 HARBOR BLVD | COSTA MESA | CA | | (949) 548-3551 |
| JULIE SEMMLER | | $950.00 | CASH TONIC #3 | 1823 E CESAR CHAVEZ AVE | LOS ANGELES | CA | 90033 | (323) 225-0200 |
| | | $950.00 | CERES MART | 2600 MITCHELL RD STE B | CERES | CA | | (209) 566-4982 |
| | | $2,850.00 | CHINATOWN SUPERMARKET | 1228 NW 27TH ST | OKLAHOMA CITY | OK | | (405) 528-8188 |
| | | $900.00 | COLORTYME #006 | 1920 W DIMOND BLVD # 12 | ANCHORAGE | AK | | (800) 275-2696 |

|   |   |   |   | #006 | BLVD # 12 |   |   |   | 275-2696 |
|---|---|---|---|---|---|---|---|---|---|
|   |   | $2,850.00 | CONVENIENCE FOOD MART | 4021 WARRENSVILLE CENTER RD | WARRENSVILLE HEIGHTS | OH |   | (216) 921-4022 |
|   |   | $950.00 | DEL AMO LIQUOR | 4642 DEL AMO BLVD | TORRANCE | CA |   | (310) 214-3848 |
|   |   | $950.00 | DOLLAR WORLD | 237 SOUTH ST | HOLYOKE | MA |   | (413) 552-4119 |
|   |   | $950.00 | DOWNER SQUARE BOTTLE SHOP | 402 BLOSSOM HILL RD | SAN JOSE | CA |   | (408) 281-7292 |
|   |   | $950.00 | EL RANCHERO MEAT MARKET | 2247 N 32ND ST STE AB | PHOENIX | AZ |   | (602) 275-6668 |
|   |   | $1,900.00 | EL REY FOOD MART | 1320 W BURNHAM ST | MILWAUKEE | WI |   | (414) 383-7786 |
|   |   | $1,900.00 | EL VALLE DE LA SULTANA MARKET | 121 BENNINGTON ST | EAST BOSTON | MA |   | (617) 561-5800 |
|   |   | $1,900.00 | ELIZABETH LAKE MARKET | 6381 ELIZABETH LAKE RD | WATERFORD | MI |   | (248) 682-4777 |
|   |   | $1,900.00 | ELTAREB MARKET #3 | 561 W. 8TH STREET | MERCED | CA |   | (209) 726-8181 |
|   |   | $1,900.00 | EVERSHINE DISCOUNT & VARIETY | 13521 LEFFERTS BLVD | SOUTH OZONE PARK | NY |   | (718) 845-0630 |
|   |   | $900.00 | FALCON LIQUOR | 805 W WASHINGTON ST | SAN DIEGO | CA |   | (619) 296-2475 |
|   |   | $950.00 | FAST CHECK | 886 E RAINES RD | MEMPHIS | TN |   | (901) 348-3700 |
|   |   | $900.00 | FOOD BOWL MARKET | 3035 CEDAR ST | SAN DIEGO | CA |   | (619) 239-4709 |
|   |   | $950.00 | GARFIELD & DAN RYAN C/E | 148 WEST GARFIELD BLVD | CHICAGO | IL |   | (773) 268-8400 |
|   |   | $950.00 | GREEN CLEANING | 233 GRAND AVE | NEW HAVEN | CT |   | (203) 865-3456 |
|   |   | $3,800.00 | HAMILTON GAS & CONVENIENCE | 327 HAMILTON AVE | BROOKLYN | NY |   | (718) 243-1565 |
|   |   | $2,820.00 | HANDI PLUS #46 | 3306 NAVIGATION BLVD | HOUSTON | TX |   | (713) 224-8841 |
|   |   | $3,800.00 | HEB GROCERY #427 | 735 SW MILITARY DR | SAN ANTONIO | TX |   | (210) 927-6825 |
|   |   | $950.00 | HM SHELL FOOD MART | 1537 LYNN GARDEN DR | KINGSPORT | TN |   | (423) 245-7481 |
|   |   | $1,900.00 | HT INTERNATIONAL MARKET | 10008 AURORA AVE N | SEATTLE | WA |   | (206) 527-5333 |
|   |   | $1,900.00 | INTL GROCERY & MUSIC STORE | 1024 WEBSTER AVE | UTICA | NY |   | (315) 735-8443 |
|   |   | $950.00 | JACKS MILK PALACE | 12003 S FIGUEROA ST | LOS ANGELES | CA |   | (323) 777-6800 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | $900.00 | JERRY'S SUPERMARKET #9 | 23 SHOPPERS PARK | COVENTRY | RI | | (401) 828-1990 |
| | | $950.00 | K&K AFRICAN MARKET | 996 S REDWOOD RD STE A | SALT LAKE CITY | UT | | (801) 977-1185 |
| | | $950.00 | KMART #7446 | STATE ROAD 1 KM 106 | CAYEY | PR | | (787) 263-5940 |
| | | $950.00 | KROGER #412 | 1234 FINLEY | MEMPHIS | TN | | (901) 345-1334 |
| | | $900.00 | KROGER #636 | 614 BEECHWOOD ST | LITTLE ROCK | AR | | (501) 666-0102 |
| | | $1,900.00 | L & K LIQUOR | 510 N BROADWAY | SANTA MARIA | CA | | (805) 925-0073 |
| | | $900.00 | LA FIESTA #11 BLANCO | 4107 BLANCO RD | SAN ANTONIO | TX | | (210) 734-6429 |
| | | $1,900.00 | LAKEPOINTE MARKET | 3159 ORCHARD LAKE RD | KEEGO HARBOR | MI | | (248) 682-9282 |
| | | $4,750.00 | LAMONT FASTRIP STORE #772 | 10301 MAIN STREET | LAMONT | CA | | (661) 845-9718 |
| | | $900.00 | MAIL EXPRESS | 4524 SOUTHLAKE PKWY STE 34 | BIRMINGHAM | AL | | (205) 985-4323 |
| | | $1,900.00 | MAMA JOAN FOOD & LIQUOR | 3082 WEST BULLARD AVE | FRESNO | CA | | (559) 436-8104 |
| | | $3,800.00 | MARY'S ORIENTAL RESTAURANT | 1943B LYNNHAVEN PKWY | VIRGINIA BEACH | VA | | (757) 471-8900 |
| | | $5,700.00 | MATHEWSON DEPT STORE | 260 W RAMSEY ST | BANNING | CA | | (951) 849-5577 |
| | | $1,800.00 | MEIJER #123 | 16300 FORT ST | SOUTHGATE | MI | | (734) 284-4257 |
| | | $2,850.00 | MORAZAN GROCERY II | 32 NORTH SUMMIT AVE | GAITHERSBURG | MD | | (301) 869-0729 |
| | | $1,800.00 | MULTANI FUEL | 771 PENINSULA BLVD | HEMPSTEAD | NY | | (516) 538-7932 |
| | | $1,900.00 | NED FINANCIAL SERVICES | 1521 COMO AVE SE STE 2 | MINNEAPOLIS | MN | | (612) 436-4346 |
| | | $1,800.00 | NEV 2 LATE | 9800 AIRPORT BLVD TERMINAL 1 STE 188 | SAN ANTONIO | TX | | (210) 892-1100 |
| | | $950.00 | NEW VIDEO HOUSE & PURE WATER | 617 CALIENTE DR | SUNNYVALE | CA | | (408) 737-2638 |
| | | $1,900.00 | NEW WORLD TRAVEL | 2848 S WENTWORTH AVE | CHICAGO | IL | | (312) 328-9228 |
| | | $4,750.00 | ON MARK FOOD STORE | 415 E ORANGE AVE | TALLAHASSEE | FL | | (850) 309-0083 |
| | | $950.00 | PAY-O-MATIC #302 | 50 SPRING ST | NEW YORK | NY | | (646) 613-8400 |
| | | $950.00 | QUIK-E FOOD STORES | 6015 FORT AVE | LYNCHBURG | VA | | (434) 237-4957 |

3

| | | $1,900.00 | SANTEE GENERAL STORE | 8932 OLD NUMBER SIX HWY | SANTEE | SC | | (803) 854-2105 |
|---|---|---|---|---|---|---|---|---|
| | | $2,850.00 | SESI AFRICAN GROCERY | 17545 KEDZIE AVE | HAZEL CREST | IL | | (708) 206-0334 |
| | | $3,800.00 | SHAMROCK FOOD MART | 124 N 169 HWY | SMITHVILLE | MO | | (816) 532-4259 |
| | | $3,800.00 | SHOGYS MARKET | 405 N ST | FIREBAUGH | CA | | (559) 659-3142 |
| | | $950.00 | STARRWOOD FOOD MARKET | 20 NORWICH AVE | NORWICH | CT | | (860) 886-0014 |
| | | $950.00 | STOP & SHOP #053 | 713 E BROADWAY | SOUTH BOSTON | MA | | (617) 269-7989 |
| | | $950.00 | SUPER CASH | 115 ESSEX ST | NEW YORK | NY | | (212) 673-2382 |
| | | $950.00 | SUPER DISCOUNT MARKET | 3980 E OLYMPIC | LOS ANGELES | CA | | (323) 262-0810 |
| | | $950.00 | SUPER H MART | 801 CIVIC CENTER DR | NILES | IL | | (847) 581-1212 |
| | | $3,800.00 | TRAVELEX CURRENCY #7273 | SKY HARBOR INTL AIRPORT TERM 4 | PHOENIX | AZ | | (602) 275-8767 |
| | | $1,900.00 | WEIS #180 | 9400 SCOTTSMOORE WAY | PERRY HALL | MD | | (410) 529-0378 |
| | | $900.00 | WINN-DIXIE #367 | 3108 S UNIVERSITY DR | MIRAMAR | FL | | (954) 432-3422 |
| | | $1,900.00 | WRAYS FOODS & DRUGS MEADWBROOK | 7200 W NOB HILL BLVD # 1 | YAKIMA | WA | | (509) 965-4040 |
| | | | | | | | | |
| TOTAL | | $153,970.00 | | | | | | |