# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | PLAINTIFF |
| v.  NO. 4:12CR00126-01 JLH | |
| DEXITER JENNINGS | DEFENDANT |

**ORDER**

Court convened on Monday, October 5, 2015, for a hearing on the government's motion to revoke the supervised release of defendant Dexiter Jennings. Document #140. Assistant United States Attorney Linda Lipe was present for the government. The defendant appeared in person and with his attorney, Assistant Federal Public Defender Chris Tarver.

Upon inquiry from the Court, the defendant admitted the allegations outlined in the petition to revoke. Following statements from counsel and the defendant, the Court determined that the motion to revoke should be held in abeyance for a period of ninety (90) days to allow defendant the opportunity to demonstrate that he could comply with the conditions of supervision previously imposed by the Court.

IT IS THEREFORE ORDERED that the United States Probation Office is directed to provide the Court with a written report reflecting whether or not defendant has been in compliance with the conditions of supervised release previously imposed by January 4, 2016. In the event the defendant is found to be in violation of his supervised release conditions prior to January 4, 2016, the United States Attorney is directed to submit the appropriate motion and the Court will conduct a hearing. If there are no additional violations and the defendant abides by all conditions of supervised release, the motion to revoke will be dismissed.

IT IS SO ORDERED this 5th day of October, 2015.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE