**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA                                                                 PLAINTIFF

v.                                         NO. 4:12CR00126-01 JLH

DEXITER JENNINGS                                                                             DEFENDANT

**ORDER**

Pending before the Court is the government's motion for modification of the conditions of supervised release of defendant Dexiter Jennings, and request for hearing. Document #61. The government has also requested that a summons be issued for defendant.

IT IS HEREBY ORDERED that a hearing on the government's motion to modify is scheduled to begin on **TUESDAY, MAY 24, 2016, at 1:30 P.M.**, in Courtroom #4-D, Richard Sheppard Arnold United States Courthouse, 500 West Capitol Avenue, Little Rock, Arkansas.

The request for issuance of summons is granted. The Clerk of Court is directed to issue a summons for defendant **DEXITER JENNINGS** and deliver to the United States Marshal for service.

Assistant Federal Public Defender Chris Tarver is hereby reappointed to represent the defendant for this hearing.

IT IS SO ORDERED this 13th day of May, 2016.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE