**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA                                                                                           PLAINTIFF

v.                                       NO. 4:12CR00126-01 JLH

DEXITER JENNINGS                                                                                                      DEFENDANT

**ORDER**

Pending before the Court is the government's superseding motion for modification of the conditions of supervised release of defendant Dexiter Jennings, and request for hearing. Document #154. The government has also requested that a summons be issued for defendant.

IT IS HEREBY ORDERED that a hearing on the government's motion to modify is scheduled to begin on **FRIDAY, SEPTEMBER 9, 2016, at 9:00 A.M.**, in Courtroom #4-D, Richard Sheppard Arnold United States Courthouse, 500 West Capitol Avenue, Little Rock, Arkansas.

The request for issuance of summons is granted. The Clerk of Court is directed to issue a summons for defendant **DEXITER JENNINGS** and deliver to the United States Marshal for service.

Senior Litigator of the Federal Public Defender's Office Chris Tarver has previously been appointed to represent Jennings.

IT IS SO ORDERED this 29th day of August, 2016.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE