**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA                                                                      PLAINTIFF

v.                                      No. 4:12CR00126-01 JLH

DEXITER JENNINGS                                                                                DEFENDANT

## ORDER

On this 9th day of September, 2016, this action came before the Court on the government's third superseding petition to modify the conditions of supervised release. The defendant, Dexiter Jennings, appeared in person and with his attorney, Christophe A. Tarver. The government appeared through its attorney, Linda B. Lipe. For the reasons stated on the record, the Court denied the third superseding petition without prejudice. Document #156. The Court admonished Jennings that if he violates the conditions of supervised release in the future, the government may choose to file a motion to revoke his supervised release, and if the evidence shows that he has violated those conditions, his supervision may be revoked and he may be incarcerated.

IT IS SO ORDERED this 9th day of September, 2016.

*J. Leon Holmes*
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE